**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
*Western Division*
*Office of the Clerk*

FILED BY _____ D.C.

05 APR -4 AM II. 2

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

*Robert R. Di Trolio, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*Deputy-in-Charge*
*U.S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

---

# NOTICE OF RE-SETTING
## Before Judge Bernice B. Donald, United States District Judge

---

April 4, 2005

RE:     2:04-20183-D
        *USA v. JONATHAN CARR (b)*

Dear Sir/Madam:

A(n) **SENTENCING HEARING** before **Judge Bernice B. Donald** has been **RE-SET** from TUESDAY, APRIL 5, 2005 at 1:00 P.M. to **THURSDAY, APRIL 14, 2005** at **2:30 P.M.  in Courtroom 3, 9th floor of the Federal Building, Memphis, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

**THE COURT REQUESTS THAT DEFENSE COUNSEL PERSONALLY CONTACT THE DEFENDANT TO INSURE HIS/HER ATTENDANCE AT THE DESIGNATED TIME.**

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY:     _____

Terry L. Haley
Case Manager to Judge Bernice B. Donald
901-495-1276

135

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 135 in case 2:04-CR-20183 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT