PS 8
(8/88)

# United States District Court
## for
## Western District of Tennessee

FILED BY _____ D.C.

05 JUL 15 PM 3: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U.S.A. vs. Jonathan Carr

Docket No. 04-20183-001 D

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER Loretta Fleming presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable Diane K. Vescovo sitting in the court at Memphis, TN, on the 4th day of May, 2004 under the following conditions:

1) Report to Pretrial Services as directed
2) Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to old friends or other persons involved with drugs (methamphetamine)
3) Refrain from use or unlawful possession of a narcotic drug or other controlled substances
4) Submit to substance abuse testing as directed by the pretrial services officer or supervising officer
5) Participate in substance abuse treatment, if deemed advisable by the pretrial services officer or supervising officer
6) Released to the custody of the Union Mission/Men's Shelter with participation in the Iron on Iron Program in accordance with terms of consent order for furlough dated March 23, 2004. Defendant shall reside at the Union Mission with no weekend furloughs. The Memphis Union Mission agrees (a) to supervise the defendant in accordance with the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

On November 15, 2004, Your Honor executed an Order Granting Motion to Amend Bond Conditions permitting periodic furloughs for the defendant to visit with his family, with the consent and under the direction of the Pretrial Services Office, while this cause is pending.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

### SEE ATTACHED

PRAYING THAT THE COURT WILL ORDER THE ISSUANCE OF A WARRANT FOR THE DEFENDANT TO APPEAR AND TO SHOW CAUSE AS TO WHY HIS BOND SHOULD NOT BE REVOKED.

ORDER OF COURT

Considered and ordered this 15th day of July, 2005 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate

I declare under penalty of perjury that the foregoing is true and correct.

_____
U.S. Pretrial Services Officer

Place   Memphis, TN

Date    July 12, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

Re: Jonathan Carr
Petition for Action on Conditions of Pretrial Release
Page 2

## 1. Released to the custody of the Union Mission Men's Shelter

Jonathan Carr was dismissed from the Memphis Union Mission Transitional Program on July 11, 2005, for the following violations: 1) leaving the Transitional facility to see relatives without the Program Director's permission; 2) failing to call or returning to the Transitional facility by curfew time (11:00 p.m.); and 3) confessing that he smoked a cigarette which is a violation of the facility's "No Smoking Policy."

## CASE STATUS

Jonathan Carr was sentenced April 14, 2005, to 105 months imprisonment, 3 years supervised release, total assessment of $100, and $2,572 in restitution payable to the Drug Enforcement Agency. Mr. Carr's sentence was deferred until completion of the rehabilitation program with the Memphis Union Mission/Men's Shelter. He is ordered to surrender to FCI Forrest City, Arkansas, on Friday, October 28, 2005.

Defendant Carr has to appear in the Circuit Court of Osceola, Arkansas, on September 7, 2005, on pending charges of Manufacture of Methamphetamine; Criminal Attempt to Manufacture Methamphetamine; Possession of Drug Paraphernalia w/Intent to Manufacture Methamphetamine; Possession of Methamphetamine; and Possession of Drug Paraphernalia.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 162 in case 2:04-CR-20183 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

L. Daniel Johnson
LAW OFFICE OF L. DANIEL JOHNSON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT